BRYANT v. SHORT

No. 107P87.

Case below: 84 N.C. App. 285.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 May 1987.

CAMPBELL v. PITT COUNTY MEMORIAL HOSP.

No. 133A87.

Case below: 84 N.C. App. 314.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) of issues in addition to those presented as basis for dissenting opinion allowed 5 May 1987 as to expert witness fee and prejudgment interest issues only.

GRAHAM v. JAMES F. JACKSON ASSOC., INC.

No. 140PA87.

Case below: 84 N.C. App. 427.

Petition by defendants for discretionary review allowed 5 May 1987. Petition by defendants for writ of supersedeas allowed 5 May 1987.

HED, INC. v. POWERS, SEC. OF REVENUE

No. 112P87.

Case below: 84 N.C. App. 292.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 May 1987.

HORTON v. RIVENBARK

No. 164P87.

Case below: 84 N.C. App. 567.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 May 1987.